JS-6

KILPATRICK TOWNSEND & STOCKTON LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
RYAN BRICKER (State Bar No. 269100)
Eighth Floor, Two Embarcadero Center
San Francisco, California  94111
Telephone:   (415) 576-0200
Facsimile:   (415) 576-0300
Email:        gilchrist@kilpatricktownsend.com
              rbricker@kilpatricktownsend.com

Attorneys for Plaintiff
PATAGONIA, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| PATAGONIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOLAN SMITH, ALEX TOMASZEWSKI, SPENCER SMITH, and MIKE ELLIS, <br><br> Defendants. | Case No. 2:15-cv-09779-BRO-AFM <br><br> **FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff Patagonia, Inc. ("Patagonia") has filed a Complaint alleging trademark infringement, dilution, and unfair competition under federal and California law against multiple defendants, including Defendant Nolan Smith. Patagonia alleges that Mr. Smith has manufactured, sold, and offered apparel products that bear "Patagucci" logos and designations that mimic Patagonia's famous trademark and logo and copy artwork that belongs to Patagonia.  Mr. Smith consents to entry of judgment and permanent injunction to resolve this matter.

The Court now enters final judgment based upon the following undisputed facts.  Each party has waived the right to appeal from this final judgment and each party will bear its own fees and costs in connection with this action.

# I.     FACTS AND CONCLUSIONS

A.     This Court has subject matter jurisdiction over this lawsuit and personal jurisdiction over Mr. Smith.  Venue is proper in this Court.

B.     Patagonia owns numerous registrations for the PATAGONIA trademark, and for its distinctive multi-colored logo depicting the Mt. Fitz Roy skyline (the "Fitz Roy Design"), for a wide ranging assortment of products.  Among these are the following U.S. trademark registrations:

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| **PATAGONIA** | 1189402/ February 9, 1982 | Men's and Women's Clothing-Namely, Sweaters, Rugby Shirts, Walking Shorts, Trousers, Jackets, Mittens, Hoods and Rainwear. | 08/1974 |
|  | 1294523/ September 11, 1984 | Men's, Women's and Children's Clothing-Namely, Jackets, Pants, Vests, Gloves, Pullovers, Cardigans, Socks, Sweaters, Underwear, Shirts, Shorts, Skirts and Belts | 08/1974-1981 |
|  | 1775623/ June 8, 1993 | Luggage back packs, and all-purpose sports bags | 08/1988 |
| **PATAGONIA** | 1811334/ December 14, 1993 | Luggage, back packs, fanny packs and all-purpose sport bags, footwear, ski bags and ski gloves | 08/1990 |
| **PATAGONIA** | 2260188/ July 13, 1999 | Computerized on-line ordering activities in the field of clothing and accessories; Providing information in the field of technical clothing and accessories for use in recreational, | 10/1995 |

| Trademark | Reg. No. / Reg. Date | Goods | Date of First Use |
|---|---|---|---|
| | | sporting and leisure activities; providing information in the field of existing and evolving environmental issues | |
| **PATAGONIA.COM** | 2392685/ October 10, 2000 | On-line retail store and mail order services featuring technical clothing, footwear, and accessories; Computer services in the nature of on-line information related to the environment and clothing | 10/1995 |
| **PATAGONIA** | 2662619/ December 17, 2002 | Retail store services featuring clothing, footwear, luggage and a wide variety of sporting goods and accessories | 06/1986 |

These registrations and applications for the PATAGONIA mark and logos are in full force and effect. The registrations have become incontestable under 15 U.S.C. § 1065. A color image of the Fitz Roy Design follows:



In addition Patagonia owns common law marks, including a logo that uses waves in place of the Fitz Roy skyline on a multi-colored background (the "Wave Design"):

/ / /

/ / /

/ / /

/ / /



Collectively, these marks, Patagonia's other registered trademarks, and its common law marks are referred to as the "PATAGONIA trademarks."

Patagonia also owns a registered copyright (Reg. No. VA 1-801-788) for the Fitz Roy Design, and has applied for a copyright registration for its copyright for the artwork used in the Wave Design (Application No. 1-2540423641).

C.      Mr. Smith has manufactured, distributed, promoted, and sold apparel products that bear "Patagucci" logos and designations as illustrated in Exhibit A (the "Patagucci Designs").

## II.      PERMANENT INJUNCTION AND AWARD

It is hereby ordered and adjudged as follows:

A.      Mr. Smith shall pay the sum of $3,500.00 to Patagonia within thirty (30) days of entry of this Judgment.  Payment shall be made by check, payable to "Patagonia, Inc." and delivered to Patagonia's counsel of record.

B.      Mr. Smith shall transfer the remaining inventory of apparel products that bear "Patagucci" logos to Patagonia, Inc. by delivering said products by U.S. Mail to Patagonia's counsel of record within thirty (30) days of entry of this Judgment.

C.      Commencing as of the "So Ordered" date of this Final Judgment and Permanent Injunction, Mr. Smith, his agents, employees, officers, directors, servants, privies, parents, subsidiaries, successors, and assigns, and all persons acting in concert or participating with him or under his control who receive actual notice of this Order, are hereby permanently enjoined and restrained, anywhere in

the world, directly or indirectly, from doing, authorizing or procuring any persons to do any of the following:

      1.    Manufacturing, licensing, selling, offering for sale, distributing, importing, exporting, advertising, promoting, or displaying any garment that displays the Patagucci Designs, or any design that is substantially similar to the Patagucci Designs, the PATAGONIA Trademarks, the Fitz Roy Design, or the Wave Design;

      2.    Using or filing applications, now or in the future, for the registration of trademarks, designs, or other intellectual property that is substantially similar to the Patagucci Designs, the PATAGONIA Trademarks, the Fitz Roy Design, or the Wave Design;

      3.    Violating the rights of Patagonia in its PATAGONIA Trademarks, Fitz Roy Design, or Wave Design;

      4.    Assisting, aiding or abetting any person or entity engaging in or performing any act prohibited by this paragraph.

    D.    This is a final judgment as to all claims asserted against Mr. Smith related to units bearing the Patagucci Designs sold prior to the date of entry of this Final Judgment and Permanent Injunction.  Both parties shall bear their own costs.

    E.    If Mr. Smith is found to be in contempt of this injunction by a court of law, it agrees that it will pay to Patagonia a liquidated penalty in an amount no less than $10,000.00 as liquidated damages to compensate Patagonia for attorneys' fees incurred in enforcement proceedings and/or legal proceedings undertaken to protect Patagonia's rights against Mr. Smith's conduct, plus any other non-duplicative penalties or damages arising from the contempt.

/ / /

/ / /

/ / /

/ / /



1        F.    If Patagonia commences an action for enforcement of this Judgment,

2    the prevailing party shall be awarded reasonable attorneys' fees and costs from the

3    other party.

4

5    Dated:  February 12, 2016

6

7    _____

8                      Hon. Beverly Reid O'Connell
                  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

